AO91 (Rev. 12/03) Criminal Complaint                                                                 AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                        **CRIMINAL COMPLAINT**
vs.
                                                    Case Number: 1:18-po-2011
Jimmy Exequiel CASTILLO-Luque
A215 764 341 Honduras

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  June 20, 2018  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on June 20, 2018. The defendant is a citizen of Honduras who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on June 20, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Perez1, Juan J. Border Patrol Agent
Signature of Complainant

Perez1, Juan J.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 21, 2018                                                at      Brownsville, Texas
Date                                                                 City/State

Ignacio Torteya III            U.S. Magistrate Judge
Name of Judge                  Title of Judge                        Signature of Judge